UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE PROBUS-SCHAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25 CV 1136 CDP |
| | ) | |
| AUTO-OWNERS INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Upon review of the record, the Court notes that the copy of plaintiff's policy that has been attached as an exhibit to the parties' joint stipulated statements of uncontroverted material facts is missing large portions of text, rendering it unreviewable.  *See* ECF 22-3.

Accordingly,

**IT IS HEREBY ORDERED** that on or before **March 13, 2026**, defendant Auto-Owners Insurance Company shall submit a clean copy of plaintiff's policy for the Court's review.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2026.